IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CT-3040-D

| | | |
|---|---|---|
| PERCY ALLEN WILLIAMS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DARREN JACKSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On February 13, 2026, Percy Allen Williams, Jr. ("Williams" or "plaintiff"), a state inmate proceeding pro se, filed a complaint under 42 U.S.C. § 1983 [D.E. 1]. Williams moves for injunctive relief [D.E. 2].

On March 9, 2026, Williams was released from custody. See Offender Pub. Info., N.C. Dep't of Adult Correction, https://webapps.doc.state.nc.us/opi/offendersearch.do?method=view (search by inmate name) (last visited June 25, 2026). Williams did not provide the court with an updated address, in violation of Local Civil Rule 83.3.

The court DISMISSES WITHOUT PREJUDICE the action for Williams's failure to advise the court of his new address and for failure to prosecute. The court DENIES AS MOOT Williams's motion for injunctive relief [D.E. 2]. The clerk shall close the case.

SO ORDERED. This 25 day of June, 2026.

JAMES C. DEVER III
United States District Judge